UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS INC, <br><br> Plaintiff(s), <br> v. <br><br> UNITED FABRICARE SUPPLY INC, <br><br> Defendant(s). | CASE NO. C25-1522-KKE <br><br> ORDER DISMISSING CASE WITHOUT PREJUDICE |

Plaintiff Northwest Administrators Inc. has notified the Court of his intent to dismiss this action against Defendant United Fabricare Supply Inc. without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A) and (B). Dkt. No. 9. Accordingly, this action is DISMISSED without prejudice and the clerk is directed to administratively close this case.

Dated this 9th day of December, 2025.

Kymberly K. Evanson
United States District Judge

ORDER DISMISSING CASE WITHOUT PREJUDICE - 1